**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| THOMAS WRENN, and SHARAH TOLBERT, individually and on behalf of all similarly-situated persons, | |
| Plaintiffs, | Civil Action No. 4:21-cv-00061-CDL |
| v. | |
| OUTBACK CARE GROUP LLC and KEN BLACKMON, | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER CONDITIONALLY CERTIFYING ACTION

Having considered Plaintiffs' Motion for Conditional Certification, and finding good cause to grant same, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. This action shall be conditionally certified as a collective action pursuant to 29 U.S.C. § 216(b). The Court conditionally certifies a collective group defined as:

> All individuals who worked for Defendants as Live-in Care Providers, House Managers or similar positions (collectively, "Care Providers") and received a weekly payment for all time worked within the three years prior to the filing of the Complaint to the present.

It is further **ORDERED** that

(1) Defendants shall, within twenty-one (21) days of this Order, provide to Plaintiffs' counsel a computer-readable file with the following information for all putative collective members who worked as Care Providers from <u>April 22, 2018</u> to the present date: names, last known mailing addresses, alternate addresses, all telephone numbers (work, cell, and personal), all known e-mail addresses (work and personal), dates of birth, last four digits of Social Security Numbers, and dates of employment.

(2) The Court authorizes the Court Notice attached as Exhibit A and the Consent to Join Form attached as Exhibit B.  Plaintiffs' counsel shall send the Notice and the Consent to Join Form, in the form submitted to the Court by Plaintiffs, by U.S. mail and e-mail to all individuals within the collective group.  Starting from the date of the issuance of the Notice, the Notice recipients will have forty-five (45) days to submit their Consent to Join Form to join this action.

(3) The Court authorizes the Reminder Notice attached as Exhibit C.  Plaintiffs' counsel will send the Reminder Notice, in the form submitted to the Court by Plaintiffs, fifteen (15) days from the end of the Notice Period to any individuals who have not completed and returned a Consent to Join Form. Further, upon receipt of any mail returned as undelivered at the address provided, Plaintiffs' counsel will endeavor to find a new address for the potential opt-in and, if located, re-send the notice to that new address.

**SO ORDERED** this 5th____ day of April_____2022.

S/Clay D. Land
_____
CLAY D. LAND, JUDGE
U.S. DISTRICT COURT