IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| THOMAS WRENN and SHARAH TOLBERT, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br>v.<br><br>OUTBACK CARE GROUP LLC and KEN BLACKMON,<br><br>Defendant. | *<br><br>*<br>Case No. 4:21-cv-61 (CDL)<br>*<br><br>*<br><br>*<br><br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 12, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of September 2022.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk